| | |
|---|---|
| PROB 22 (Rev. 12/13) | DOCKET NUMBER *(Tran. Court)* 8:02CR00353-1 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00050-GMN-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Erroll Flynn Shepard | District of Nebraska | Omaha |

☑ FILED ☐ RECEIVED
☐ ENTERED ☐ SERVED ON
MAR 04 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Laurie Smith Camp Senior U.S. District Judge |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/03/2022 | TO 08/02/2032 |
|---|---|---|

**OFFENSE**
Conspiracy to Distribute and Possession with Intent to Distribute Crack Cocaine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Defendant Shepard intends to remain in the District of Nevada for the duration of his supervision.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/6/2025
*Date*

_____
Brian C. Buescher, *U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 14, 2025.
*Effective Date*

_____
*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Erroll Flynn Shepard

Case No.: TO BE ASSIGNED

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

March 4, 2025

TO:   U.S. District Judge:

On October 18, 2004, Erroll Flynn Shepard was sentenced by the Honorable Senior United States District Judge, Laurie Smith Camp, in the District of Nebraska to 360 months custody followed by ten (10) years of supervised release for committing the offense: Conspiracy to Distribute Narcotics in Docket Number: 8:02CR00353-1. On June 7, 2007, the judgement was amended to 300 months custody followed by ten (10) years of supervised release.

On August 3, 2022, Shepard commenced supervision in the District of Nevada.

On February 4, 2025, the undersigned officer requested the transfer of jurisdiction for Shepard from the District of Nebraska. Shepard appears to have adjusted well to supervision and has been free of any violations of supervision thus far.

On February 6, 2025, the Honorable Brian C Buescher of the District of Nebraska initiated the transfer of jurisdiction.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of Shepard's case. The Honorable Brian C. Buescher has agreed to relinquish jurisdiction as evident by his signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

Respectfully Submitted:                                          Approved:

Digitally signed by Nickie Pipilakis
Date: 2025.03.04 15:29:17 -08'00'

Digitally signed by Steve Goldner
Date: 2025.03.04 15:24:41 -08'00'

Nickie Pipilakis                                                            Steve M Goldner
United States Probation Officer                              Supervisory United States Probation Officer